NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000315**
**21-MAY-2013**
**02:56 PM**

NO. CAAP-12-0000315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DONALD EDWARD KROG, in his capacity
as Trustee of THE DONALD EDWARD KROG
LIVING TRUST dated March 25, 2010,
Plaintiff-Appellee,
v.
ELEANA UMILANI KOAHOU, YVONNE MOKIHANA KEAHI,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1697-08)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed May 17, 2013 in the above case is corrected by changing the Defendant-Appellant's name to read YVONNE MOKIHANA KEAHI.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 21, 2013.

FOR THE COURT:

Associate Judge

---

[1] Considered by Nakamura, C.J., Foley and Leonard, JJ.